# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:23-CR-61 (MTT) |
| | ) |
| SAMUEL LEE JONES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

The defendant, by and through his counsel, has moved to continue this case until the next trial term. Doc. 20. The defendant was indicted on November 14, 2023, and had his arraignment in this Court on November 27, 2023. Docs. 1; 8. No prior continuances have been granted. The defendant, by and through his counsel, now moves the Court to continue this case to the next trial term to allow additional time for the defendant to review discovery, research potential defenses, and determine the next steps in the case. Doc. 20 ¶ 2. The government does not oppose the motion. *Id.*

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 20) is **GRANTED**. The case is continued from the January term until the Court's next trial term presently scheduled for **March 11, 2024**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 11th day of December, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT